■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE FAUNTLEROY, Appellant.—Judgment of the Supreme Court, Westchester County (Reilly, J.), rendered July 7, 1980, affirmed (*see, People v Pellegrino,* 60 NY2d 636; *People v Garner,* 99 AD2d 596). Mangano, J. P., Thompson, O'Connor and Weinstein, JJ., concur.